PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 1:96CR00017-001 |
| Shane Fullman, | ) |
| Defendant. | ) |

### Petition on Probation and Supervised Release

COMES NOW Craig H. Carpenter Probation Officer of the Court presenting an official report upon the conduct and attitude of Shane Fullman, who was placed on supervision by the Honorable Roderick R. McKelvie, sitting in the court at Wilmington, Delaware on the 20th day of August 1996, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a drug aftercare program which may include testing at the direction and discretion of the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The U.S. Probation Office, at the request of the defendant, is seeking permission from the Court to amend the conditions of supervised release. The defendant, Shane Fullman, has requested mental health counseling to address feelings of anxiety and depression. The probation officer is recommending the Court amend the present conditions of supervised release by adding a mental health treatment condition.

**PRAYING THAT THE COURT WILL ORDER** the defendant shall participate in a mental health treatment program which may include testing as instructed by the probation officer.

**ORDER OF COURT**

So ordered this _____ day of _____ 2005.

_____
U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
Senior U.S. Probation Officer

Executed on    June 22, 2005

Place    Wilmington, Delaware